In the Matter of the Application of Adrian O. Schoonmaker and Others, for Payment of Award, etc.— Motion granted, without costs, and order signed.— Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

George Kimmerle, Respondent, v. The Carey Printing Company, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Emilie Kuntz and Another, as Executors, etc., Respondents, v. Nils Peter Emil Peterson, Appellant.— Motion for stay granted, without costs, on condition that the appellant perfect his appeal, place the case on the March calendar and be ready for argument when reached; otherwise, motion denied, with costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Lottie Loew, Respondent, v. Charles A. McInerney and Others, Appellants.— Motion granted, without costs, that plaintiff deposit in court the sum of $2,500 to the credit of this action to abide the event thereof, and to be paid to the defendants in lieu of their interest in the property and any income or interest therein or therefrom in case of final judgment in their favor, or, if there be an appeal, upon the affirmance of that judgment. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Nicola Lucarelli, Respondent, v. O'Brien Construction Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Luigi Paolucci, as Administrator, etc., Appellant, v. Rinehart & Dennis Company, Respondent.— Motion denied, on condition that the plaintiff perfect his appeal, place the case upon the March calendar and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Mendel Presberger, Respondent, v. Edmond Schaeffer & Company and Others, Defendants. Carl Schlegel, Appellant. (Nos. 1 and 2.) — Motions to dismiss appeals granted, with ten dollars costs in each case. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Charles Henderson, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the calendar for the March term, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Bridget Reddy, as Administratrix, etc., Respondent, v. Degnon Contracting Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Cecelia Schaeffer, Appellant, v. Raymond S. Schaeffer, Respondent. — Motion for leave to appeal to the Court of Appeals denied, without costs. There is no necessity for asking for leave to appeal in this case. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.